UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN A. RODRIGUEZ, | ) | 1: 05-CV-00573-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING ON |
| v. | ) | PLAINTIFF'S MOTIONS TO AMEND |
| | ) | COMPLAINT AND TO REMAND ACTION |
| COUNTY OF KINGS, et al., | ) | (DOC. 6) |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

   Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that Plaintiff's motion to amend the complaint and to remand the action to state court are matters that may appropriately be submitted upon the record and briefs.

   Accordingly, the hearing on the motions, presently set for July 1, 2005, IS VACATED.

   The motion to amend the complaint IS DEEMED SUBMITTED to the Court for decision.

   The motion to remand the action to state court IS DEEMED

1

1  SUBMITTED to the Court for consideration and preparation of
2  findings and recommendations by the Magistrate Judge and for
3  decision by the District Judge after the an appropriate time for
4  the filing of objections and any reply thereto has passed.

6  IT IS SO ORDERED.

7  **Dated:    June 28, 2005**                    **/s/ Sandra M. Snyder**
   icido3                                         UNITED STATES MAGISTRATE JUDGE